IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GLENNIE DEE DAVIS, #120206, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:12cv422-MHT |
| | ) | (WO) |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 14, 2012, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that

(1)   The magistrate judge's recommendation (Doc. # 3) is adopted.

(2)   This case is transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

Done this the 7th day of June, 2012.

                                                    /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE

Case 2:12-cv-00422-MHT-CSC   Document 7   Filed 06/07/12   Page 2 of 2